UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Patrick Alan Haddeland,   File No. 25-cv-1246 (ECT/ECW)

      Petitioner,

v.   **ORDER ACCEPTING REPORT AND RECOMMENDATION**

State of Minnesota,

      Respondent.

---

Magistrate Judge Elizabeth Cowan Wright issued a Report and Recommendation on May 19, 2025.  ECF No. 4.  No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error.  *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam).  Finding no clear error, and based on all the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 4] is **ACCEPTED**;

2. The action is **DISMISSED** under Federal Rule of Civil Procedure 41(b) for failure to prosecute;

3. Petitioner Patrick Alan Haddeland's filing titled "Writ of Habeas Corpus" [ECF No. 1], treated as a petition under 28 U.S.C. § 2254, is **DENIED**;

4. Haddeland's Application to Proceed in District Court Without Prepaying Fees or Costs [ECF No. 2] is **DENIED** as moot; and

5. No certificate of appealability shall issue.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: June 20, 2025

s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court